IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jason L. Stubbs,

    Plaintiff(s),

vs.

Paul Bryant, et al.,

    Defendant(s).

Case Number: 1:17cv790

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 1, 2018 a Report and Recommendation (Doc. 2). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 3).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's complaint is DISMISSED with prejudice pursuant to 28 U.S.C. §1915 (e)(2)(B).

The Court certifies pursuant to 28 U.S.C. §1915 (a)(3) that for the foregoing reasons an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. Therefore, plaintiff is DENIED. Leave to appeal *in forma pauperis*. See *McGore v Wrigglesworth*, 114 F. 3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court