**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

Jason L. Stubbs,
    Plaintiff,

-vs-                                                    Case No. 1:17-CV-790

Paul Bryant et al,
    Defendant.

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

That the Report and recommendation is hereby adopted and the plaintiff's complaint is DISMISSED with prejudice. This case is hereby terminated from the docket from this court.

Date: June 15, 2018                                      Richard W. Nagel, CLERK

                                                                         By:s/Benjamin J. Codispoti
                                                                          Benjamin J. Codispoti, Deputy Clerk